# HARRIS BEACH PLLC
## ATTORNEYS AT LAW

August 17, 2020

99 GARNSEY ROAD
PITTSFORD, NEW YORK 14534
585.419.8800

**SCOTT D. PIPER**
MEMBER
DIRECT:   585.419.8621
FAX:       585.419.8801
SPIPER@HARRISBEACH.COM

**VIA CM/ECF**

Hon. Lawrence J. Vilardo
United States District Judge
U.S. District Court – Western District of New York
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

        **RE:**    **Deborah Laufer v. Preeti, LLC**
                  **WDNY Case No.: 6:20-cv-06261-LJV**

Dear Judge Vilardo:

      This firm represents Defendant, Preeti, LLC, in the above-captioned action.  The parties have agreed to, and this letter respectfully requests, an extension **until September 28, 2020** of the deadline to answer or otherwise respond to the complaint in this case.  Defendant makes this request to allow the parties time to discuss whether a resolution is possible before the Defendant incurs the expense of responding to the Complaint.  There have been no previous requests for extension.

      Please do not hesitate to contact me if the Court requires additional information.  Thank you for your consideration.

                                                                     Respectfully,

                                                                     HARRIS BEACH PLLC

                                                                     s/*Scott D. Piper*/

                                                                     Scott D. Piper

SDP:kam

cc:  Jonathan E. Staehr, Esq. (*via CM/ECF*)