# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH LAUFER, Individually,** | : |
| | : |
| **Plaintiff(s),** | : |
| v. | : Case No.: 6:20-cv-06261-LJV |
| | : |
| **PREETI, LLC** | : |
| | : |
| **Defendant.** | : |
| | : |

## NOTICE OF SETTLEMENT

The undersigned, attorney of record for the Plaintiff, respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement documents and anticipate that they will be completed within thirty (30) days.

Dated: September 16, 2020              Respectfully,

*Counsel for Plaintiff*

By: /s/Jonathan E. Staehr

Of Counsel to Thomas B. Bacon, P.A.
336 Harris Hill Road, Ste. 18
Williamsville, New York 14221
Phone No. (716) 631.7250
Fax No. (716) 929.3333
jstaehr@roadrunner.com

cc:   Scott D. Piper (attorney for Defendant)